IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                ORDER

Plaintiff,

                05-cr-85-jcs

v.

MARK HURN,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Mark Hurn has filed a motion to compel the federal defender's office to contact defendant Hurn to report the status of his motion filed pursuant to 18 U.S.C. § 3582 and Amendment 706 to the Sentencing Guidelines. Defendant's motion will be denied. Defendant admits that the federal defender's office has been in contact with him. The federal defender's office is reviewing and preparing the necessary paperwork on hundreds of motions for sentencing adjustments under the new crack cocaine amendments. In order to deal efficiently and expeditiously with so many such cases, the federal defender is addressing the motions in the reverse order of the inmates' release dates. Because defendant was sentenced to more than 17 years in prison, it is likely that it will be some time before a motion is filed on defendant's behalf. Simply because defendant does not receive

1

regular updates on his motion does not mean that nothing is being done. Once the federal defender has had an opportunity to review defendant's motion, he will be filing the appropriate documents on his behalf.

ORDER

Defendant's motion to compel the federal defender's office to contact him to report the status of his motion is DENIED.

Entered this 17th day of November, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2